DENTONS US LLP
Laura Leigh Geist (Bar No. 180826)
laura.geist@dentons.com
1999 Harrison Street, Suite 1300
Oakland, California 94612-4709
Tel: (415) 267-4000 / Fax: (415) 882-0300

Kathryn B. Ashton (*pro hac vice*)
kathryn.ashton@dentons.com
Joanne Caceres (*pro hac vice*)
joanne.caceres@dentons.com
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606-6361
Tel: (312) 876-8000 / Fax: (312) 876-7934

Attorneys for Plaintiff CANOPY GROWTH USA LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CANOPY GROWTH USA LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br>v.<br><br>RESEARCH AND DEVELOPMENT FARMING, LLC, a California Limited Liability Company; STEVEN SAMRA,<br><br>Defendants. | Case No. 3:19-cv-04095-CRB<br><br>**PLAINTIFF'S AND DEFENDANT'S STIPULATION OF VOLUNTARY DISMISSAL; ORDER**<br><br>**Case Filed: July 17, 2019** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Canopy Growth USA, LLC and Defendants Steven Samra and Research and Development Farming, LLC, by and through their respective counsel of record, that (1) any and all claims against Defendants be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and (2) any and all claims against Plaintiff by either Defendant also be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each Party shall bear its own attorney's fees and costs, if any. Pursuant to Local Rule 131(e), all signatories listed, and whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated: September 11, 2020 | Respectfully submitted, |
| | DENTONS US LLP |
| | By: _____*/s/ Laura L. Geist*_____<br>      LAURA L. GEIST |
| | Counsel for Plaintiff<br>Canopy Growth USA, LLC |
| Dated: September 11, 2020 | |
| | HUGHEY PHILLIPS LLP |
| | By: _____*/s/Galen Gentry*_____<br>      GALEN MICAH GENTRY |
| | Counsel for Defendants<br>Steven Samra and Research and Development Farming, LLC |

**ORDER**

As to all Plaintiff's claims, Defendants Steven Samra and Research and Development Farming, LLC are hereby ordered dismissed with prejudice. As to all Defendant's claims, Canopy Growth USA, LLC is hereby ordered dismissed with prejudice.

Date: September 14, 2020                    _____
                                              District Court Judge Charles R. Breyer

# PROOF OF SERVICE

I, Cynthia Lakes, hereby declare:

I am employed in the County of Alameda, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Dentons US LLP, 1999 Harrison Street, 13th Floor, Oakland, California 94612.

On September 11, 2020, I caused to be served on the interested parties in this action the following document(s):

**PLAINTIFF'S AND DEFENDANT'S STIPULATION OF VOLUNTARY DISMISSAL; ORDER**

☒ **BY E-MAIL -** by transmitting via e-mail from cynthia.lakes@dentons.com or electronic transmission the document listed above to the persons at the e-mail addresses set forth below.

**Galen Micah Gentry**
Hughey Phillips LLP
520 9th Street Suite 230
Sacramento, CA 95814
916-758-2100
Fax: 916-758-2200
Email: ggentry@hugheyphillipsllp.com

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct, and that this declaration was executed on September 11, 2020, at Oakland, California.

_Cynthia Lakes_ (signature)
Cynthia Lakes

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CALIFORNIA 94612-4709
(415) 267-4000